# UNITED STATES BANKRUPTCY COURT
## Western District of Illinois

IN RE: BRIAN & SUZANNE PERINA

CHAPTER 13

CASE NO. 17-82896

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: US BANKTRUST NA AS TRUSTEE OF CABANA SERIES**

**COURT CLAIM #2**

**Last four digits** of any number used to identify the debtor's account: 7339

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $18,095.58 |
| Amount Paid by Trustee | $18,095.58 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/9/22

_____
Lydia S. Meyer, Trustee
308 W. State St., Suite 212
Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this <u>9TH Day of SEPTMBER.</u>

Dated:  9/9/22          /s/ <u>Jill Scott</u>

US BANK TRUST NA as TRUSTEE of CABANA SERIES IV
% SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

NATIONSTAR/MR COOPER
350 HIGHLAND DR
LEWISVILLE, TX 75067

DANA O'BRIEN
C/O MCCALLA RAYMER PIERCE, LLC
1N. DEARBORN ST. SUITE 1200
CHICAGO, IL 60602

GERACI LAW L.L.C.
55 E. MONROE STREET   #3400
CHICAGO, IL 60603

BRIAN & SUZANNE PERINA
1811 RIVER TERRACE DR.
JOHNSBURG, IL 60051