**Fill in this information to identify the case:**

Debtor 1 __Brian K. Perina__

Debtor 2 __Suzanne Marie Perina__
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number __17-82896__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: __U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust__

Court claim no. (if known): __2-1__

**Last 4 digits** of any number you use to identify the debtor's account: __7__ __3__ __3__ __9__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☑ Yes. Date of the last notice: __4__ / __3__ / __2018__

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 9/17/20, 10/17/20, 11/17/20, 12/17/20, 1/17/21, 2/17/21 | (1) | $ 165.12 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 10/15/20, 1/14/21: Court Appearance | (3) | $ 500.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Brian K Perina | Case number (*if known*) 17-82896 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date  3 / 5 / 2021

Print: Molly Slutsky Simons
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number  Street
Loveland, OH 45140
City  State  ZIP Code

Contact phone ( 513 ) 444 – 4100

Email: bankruptcy@sottileandbarile.com

SN Servicing Corporation

**Loan History - General**

Loanid: [redacted]  Borrower: PERINA  Telephon: [redacted]

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Am |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2020 | 9/4/2020 | 10/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 85589 | $531.00 | $.00 | $122,767.63 | $0.00 | $.00 | $.00 | $903.96 | $.00 | ($4,875.50) | $.00 | $220.16 | $.00 |
| 9/9/2020 | 9/9/2020 | 10/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 85834 | ($531.00) | $.00 | $122,767.63 | $0.00 | $.00 | $.00 | $372.96 | $.00 | ($4,875.50) | $.00 | $220.16 | $.00 |
| 9/9/2020 | 9/9/2020 | 10/1/2019 | Prior Serv Corp Adv Payment | 45-BC | 96 | 85834 | $531.00 | $.00 | $122,767.63 | $0.00 | $.00 | $.00 | $372.96 | $.00 | ($4,875.50) | $.00 | $220.16 | $.00 |
| 9/17/2020 | 9/17/2020 | 9/1/2020 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,767.63 | $0.00 | $.00 | $.00 | $372.96 | $.00 | ($4,875.50) | ($27.52) | $247.68 | $.00 |
| 9/18/2020 | 9/21/2020 | 10/1/2019 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 87171 | $942.89 | $141.09 | $122,626.54 | $0.00 | $409.23 | $.00 | $372.96 | $392.57 | ($4,482.93) | $.00 | $247.68 | $.00 |
| 9/18/2020 | 9/21/2020 | 11/1/2019 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 87171 | $7.11 | $.00 | $122,626.54 | $0.00 | $.00 | $7.11 | $380.07 | $.00 | ($4,482.93) | $.00 | $247.68 | $.00 |
| 9/29/2020 | 10/2/2020 | 11/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 88897 | $424.80 | $.00 | $122,626.54 | $0.00 | $.00 | $.00 | $804.87 | $.00 | ($4,482.93) | $.00 | $247.68 | $.00 |
| 10/2/2020 | 10/2/2020 | 11/1/2019 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 88967 | ($424.80) | $.00 | $122,626.54 | $0.00 | $.00 | $.00 | $380.07 | $.00 | ($4,482.93) | $.00 | $247.68 | $.00 |
| 10/2/2020 | 10/2/2020 | 11/1/2019 | Prior Serv Corp Adv Payment | 45-BC | 96 | 88967 | $424.80 | $.00 | $122,626.54 | $0.00 | $.00 | $.00 | $380.07 | $.00 | ($4,482.93) | $.00 | $247.68 | $.00 |
| 10/10/2020 | 10/12/2020 | 11/1/2019 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 90023 | $942.89 | $141.56 | $122,484.98 | $0.00 | $408.76 | $.00 | $380.07 | $392.57 | ($4,090.36) | $.00 | $247.68 | $.00 |
| 10/10/2020 | 10/12/2020 | 12/1/2019 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 90023 | $7.11 | $.00 | $122,484.98 | $0.00 | $.00 | $7.11 | $387.18 | $.00 | ($4,090.36) | $.00 | $247.68 | $.00 |
| 10/17/2020 | 10/17/2020 | 10/1/2020 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,484.98 | $0.00 | $.00 | $.00 | $387.18 | $.00 | ($4,090.36) | ($27.52) | $275.20 | $.00 |
| 10/26/2020 | 10/31/2020 | 12/1/2019 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 91668 | $424.80 | $.00 | $122,484.98 | $0.00 | $.00 | $.00 | $811.98 | $.00 | ($4,090.36) | $.00 | $275.20 | $.00 |
| 11/2/2020 | 11/2/2020 | 12/1/2019 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 91734 | ($424.80) | $.00 | $122,484.98 | $0.00 | $.00 | $.00 | $387.18 | $.00 | ($4,090.36) | $.00 | $275.20 | $.00 |
| 11/2/2020 | 11/2/2020 | 12/1/2019 | Prior Serv Corp Adv Payment | 45-PA | 96 | 91734 | $424.80 | $.00 | $122,484.98 | $0.00 | $.00 | $.00 | $387.18 | $.00 | ($4,090.36) | $.00 | $275.20 | $.00 |

*Contains Customer Private Information - handle securely.*

**Loan History - General**

| Date | Date | Due Date | Transaction | Method | | Ref | Amount | Principal | Prin Bal | | Interest | Escrow | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/2020 | 11/16/2020 | 12/1/2019 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 93385 | $942.89 | $142.04 | $122,342.94 | $0.00 | $408.28 | $.00 | $387.18 | $392.57 | ($3,697.79) | $.00 | $275.20 | $.00 |
| 11/13/2020 | 11/16/2020 | 1/1/2020 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 93385 | $7.11 | $.00 | $122,342.94 | $0.00 | $.00 | $7.11 | $394.29 | $.00 | ($3,697.79) | $.00 | $275.20 | $.00 |
| 11/16/2020 | 11/16/2020 | 1/1/2020 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $394.29 | $.00 | ($3,697.79) | $.00 | $275.20 | $.00 |
| 11/17/2020 | 11/17/2020 | 11/1/2020 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $394.29 | $.00 | ($3,697.79) | ($27.52) | $302.72 | $.00 |
| 12/1/2020 | 12/7/2020 | 1/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 95923 | $531.00 | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $925.29 | $.00 | ($3,697.79) | $.00 | $302.72 | $.00 |
| 12/9/2020 | 12/9/2020 | 1/1/2020 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 96208 | ($296.31) | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $628.98 | $.00 | ($3,697.79) | $.00 | $302.72 | $.00 |
| 12/9/2020 | 12/9/2020 | 1/1/2020 | Prior Serv Corp Adv Payment | 45-PA | 96 | 96208 | $167.58 | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $628.98 | $.00 | ($3,697.79) | $.00 | $302.72 | $.00 |
| 12/9/2020 | 12/9/2020 | 1/1/2020 | Escrow Only Payment | 45-PA | 0 | 96208 | $128.73 | $.00 | $122,342.94 | $0.00 | $.00 | $.00 | $628.98 | $128.73 | ($3,569.06) | $.00 | $302.72 | $.00 |
| 12/9/2020 | 12/10/2020 | 1/1/2020 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 96417 | $942.89 | $142.51 | $122,200.43 | $0.00 | $407.81 | $.00 | $628.98 | $392.57 | ($3,176.49) | $.00 | $302.72 | $.00 |
| 12/9/2020 | 12/10/2020 | 2/1/2020 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 96417 | $7.11 | $.00 | $122,200.43 | $0.00 | $.00 | $7.11 | $636.09 | $.00 | ($3,176.49) | $.00 | $302.72 | $.00 |
| 12/11/2020 | 12/11/2020 | 2/1/2020 | Prepetition Unapplied Payment Reversal | 45-PA | 0 | 96531 | ($234.69) | $.00 | $122,200.43 | $0.00 | $.00 | $.00 | $401.40 | $.00 | ($3,176.49) | $.00 | $302.72 | $.00 |
| 12/11/2020 | 12/11/2020 | 2/1/2020 | Escrow Only Payment | 45-PA | 0 | 96531 | $234.69 | $.00 | $122,200.43 | $0.00 | $.00 | $.00 | $401.40 | $234.69 | ($2,941.80) | $.00 | $302.72 | $.00 |
| 12/17/2020 | 12/17/2020 | 12/1/2020 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,200.43 | $0.00 | $.00 | $.00 | $401.40 | $.00 | ($2,941.80) | ($27.52) | $330.24 | $.00 |
| 1/8/2021 | 1/8/2021 | 2/1/2020 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 99600 | $942.89 | $142.99 | $122,057.44 | $0.00 | $407.33 | $.00 | $401.40 | $392.57 | ($2,549.23) | $.00 | $330.24 | $.00 |
| 1/8/2021 | 1/8/2021 | 3/1/2020 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 99600 | $7.11 | $.00 | $122,057.44 | $0.00 | $.00 | $7.11 | $408.51 | $.00 | ($2,549.23) | $.00 | $330.24 | $.00 |
| 1/17/2021 | 1/19/2021 | 1/1/2021 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $.00 | ($2,549.23) | ($27.52) | $357.76 | $.00 |
| 1/1/2021 | 1/19/2021 | 3/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 100877 | $424.80 | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $833.31 | $.00 | ($2,549.23) | $.00 | $357.76 | $.00 |

*Contains Customer Private Information - handle securely.*

**Loan History - General**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2021 | 1/20/2021 | 3/1/2020 | Prepetition Unapplied Payment Reversal | 45-vs | 0 | 101001 | ($424.80) | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $.00 | ($2,549.23) | $.00 | $357.76 | $.00 |
| 1/20/2021 | 1/20/2021 | 3/1/2020 | Escrow Only Payment | 45-vs | 0 | 101001 | $424.80 | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $424.80 | ($2,124.43) | $.00 | $357.76 | $.00 |
| 1/27/2021 | 1/28/2021 | 3/1/2020 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 102191 | $424.80 | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $833.31 | $.00 | ($2,124.43) | $.00 | $357.76 | $.00 |
| 1/28/2021 | 1/28/2021 | 3/1/2020 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 102076 | ($424.80) | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $.00 | ($2,124.43) | $.00 | $357.76 | $.00 |
| 1/28/2021 | 1/28/2021 | 3/1/2020 | Escrow Only Payment | 45-BC | 0 | 102076 | $424.80 | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $424.80 | ($1,699.63) | $.00 | $357.76 | $.00 |
| 2/10/2021 | 2/10/2021 | 3/1/2020 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $.00 | ($1,699.63) | $.00 | $357.76 | $.00 |
| 2/17/2021 | 2/17/2021 | 2/1/2021 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $122,057.44 | $0.00 | $.00 | $.00 | $408.51 | $.00 | ($1,699.63) | ($27.52) | $385.28 | $.00 |
| 2/18/2021 | 2/19/2021 | 3/1/2020 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 104896 | $942.89 | $143.46 | $121,913.98 | $0.00 | $406.86 | $.00 | $408.51 | $392.57 | ($1,307.06) | $.00 | $385.28 | $.00 |
| 2/18/2021 | 2/19/2021 | 4/1/2020 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 104896 | $7.11 | $.00 | $121,913.98 | $0.00 | $.00 | $7.11 | $415.62 | $.00 | ($1,307.06) | $.00 | $385.28 | $.00 |
| | | | | Totals: | | | ($18,615.27) | $127,205.58 | | | $7,810.28 | $415.62 | | ($1,307.06) | | ($385.28) | | $.00 |

*Contains Customer Private Information - handle securely.*

INVOICE
*LAW OFFICES*
**MCCALLA RAYMER LEIBERT PIERCE**
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171
1/18/2021

**ATTENTION:**
Foreclosure Department
SN Servicing Corporation

Invoice Number ....: 
Re ...................: Suzanne Perina
Loan Number .......: 
Our File Number ...: 
Property Address ...: 1811 West River Terrace Drive
Johnsburg, IL 60050
Investor ............:
Investor Loan No ...:
Loan Type ..........: CONV

Tax ID No. 

**FOR LEGAL SERVICES RENDERED:**
Reason to Bill: Foreclosure
**FEES**

| Description | Amount |
|---|---|
| Required Court Appearance for Case Management Out of County - Recoverable 1/14/2021 | 250.00 |
| **Fee Subtotal:** | **250.00** |

**Total Amount Due:** **250.00**

County:
Referral Date: 3/2/2017

Sale Date: 1/21/2021
Team: ILFC
Legal Action Date: 3/4/2017

INVOICE
*LAW OFFICES*
**MCCALLA RAYMER LEIBERT PIERCE**
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171
10/28/2020

**ATTENTION:**
Foreclosure Department
SN Servicing Corporation

Invoice Number ....: ▮
Re .................: Suzanne Ferina
Loan Number ....: ▮
Our File Number ..: ▮
Property Address ...: 1811 West River Terrace Drive
                     Johnsburg, IL 60050
Investor ............: 
Investor Loan No ...:
Loan Type ..........: CONV

Tax ID No. ▮

**FOR LEGAL SERVICES RENDERED:**
Reason to Bill: Jud - Foreclosure
**FEES**

| | |
|---|---:|
| Required Court Appearance for Case Management Out of County - Recoverable<br>10/15/2020  ▮ | 250.00 |
| **Fee Subtotal:** | **250.00** |

**Total Amount Due:** | **250.00**

County:
Referral Date: 3/2/2017

Sale Date: 10/31/2020
Team: ILFC
Legal Action Date: 3/4/2017

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-82896 |
| Brian K Perina<br>Suzanne Marie Perina | Chapter 13 |
| Debtors | Hon. Judge Thomas M. Lynch |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on March 5, 2021, before the hour of 5:00 p.m.

Nathan E Curtis, Debtors' Counsel
ndil@geracilaw.com

Jason K Nielson, Debtors' Counsel
ndil@geracilaw.com

Lydia Meyer, Trustee
ecf@lsm13trustee.com

Patrick S Layng, U.S. Trustee
ustpregion11.md.ecf@usdoj.gov

Brian K Perina, Debtor
1811 River Terrace Dr
Unit
Johnsburg, IL 60051

Suzanne Marie Perina, Debtor
1811 River Terrace Dr
Unit
Johnsburg, IL 60051

Dated: March 5, 2021                    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor