**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Brian K. Perina |
| Debtor 2 (Spouse, if filing) | Suzanne Marie Perina |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 17-82896 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust    **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    7 3 3 9

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2021

**New total payment:**
Principal, interest, and escrow, if any    $ 972.00

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 391.83    New escrow payment: $ 421.68

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  **Brian K. Perina**
　　　　　First Name　　Middle Name　　Last Name

Case number (*if known*) **17-82896**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Molly Slutsky Simons**
Signature

Date **09/01/2021**

Print: **Molly Slutsky Simons**
　　　First Name　　Middle Name　　Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
　　　　Number　　Street

**Loveland**　　　　　　　　**OH**　　**45140**
City　　　　　　　　　　　　State　　ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

BRIAN PERINA
1811 RIVER TERRACE DR
JOHNSBURG IL  60051

Analysis Date: August 26, 2021                                                                                                                        Final
Property Address: 1811 WEST RIVER TERRACE DRIVE  JOHNSBURG, IL 60050                                                     Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Oct 2020 to Sept 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 550.32 | 550.32 |
| Escrow Payment: | 391.83 | 421.68 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $942.15 | $972.00 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2020 |
| Escrow Balance: | (2,145.59) |
| Anticipated Pmts to Escrow: | 5,093.79 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,948.20 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 391.78 | (4,482.93) |
| Oct 2020 | 391.83 | 392.57 | | | * | 783.61 | (4,090.36) |
| Nov 2020 | 391.83 | 392.57 | | | * | 1,175.44 | (3,697.79) |
| Dec 2020 | 391.83 | 392.57 | | | * | 1,567.27 | (3,305.22) |
| Dec 2020 | | 128.73 | | | * Escrow Only Payment | 1,567.27 | (3,176.49) |
| Dec 2020 | | 234.69 | | | * Escrow Only Payment | 1,567.27 | (2,941.80) |
| Jan 2021 | 391.83 | 392.57 | | | * | 1,959.10 | (2,549.23) |
| Jan 2021 | | 424.80 | | | * Escrow Only Payment | 1,959.10 | (2,124.43) |
| Jan 2021 | | 424.80 | | | * Escrow Only Payment | 1,959.10 | (1,699.63) |
| Feb 2021 | 391.83 | 392.57 | | | * | 2,350.93 | (1,307.06) |
| Mar 2021 | 391.83 | 785.14 | | | * | 2,742.76 | (521.92) |
| Mar 2021 | | 3.73 | | | * Escrow Only Payment | 2,742.76 | (518.19) |
| Mar 2021 | | 7.11 | | | * Escrow Only Payment | 2,742.76 | (511.08) |
| Apr 2021 | 391.83 | 392.57 | | | * | 3,134.59 | (118.51) |
| Apr 2021 | | 424.80 | | | * Escrow Only Payment | 3,134.59 | 306.29 |
| May 2021 | 391.83 | 392.57 | | | * | 3,526.42 | 698.86 |
| May 2021 | | 7.11 | | | * Escrow Only Payment | 3,526.42 | 705.97 |
| May 2021 | | 424.80 | | | * Escrow Only Payment | 3,526.42 | 1,130.77 |
| May 2021 | | | | 1,419.59 | * County Tax | 3,526.42 | (288.82) |
| Jun 2021 | 391.83 | | 1,390.10 | | * County Tax | 2,528.15 | (288.82) |
| Jun 2021 | | | 1,970.00 | 2,221.00 | * Homeowners Policy | 558.15 | (2,509.82) |
| Jun 2021 | | 7.11 | | | * Escrow Only Payment | 558.15 | (2,502.71) |

Page 1

| Month | | | | | Description | | |
|---|---|---|---|---|---|---|---|
| Jun 2021 | | 281.71 | | | * Escrow Only Payment | 558.15 | (2,221.00) |
| Jun 2021 | | 249.29 | | | * Escrow Only Payment | 558.15 | (1,971.71) |
| Jul 2021 | 391.83 | 392.57 | | | * | 949.98 | (1,579.14) |
| Jul 2021 | | 318.60 | | | * Escrow Only Payment | 949.98 | (1,260.54) |
| Jul 2021 | | 534.54 | | | * Escrow Only Payment | 949.98 | (726.00) |
| Aug 2021 | 391.83 | | | | * | 1,341.81 | (726.00) |
| Aug 2021 | | | | 1,419.59 | * County Tax | 1,341.81 | (2,145.59) |
| Sep 2021 | 391.83 | | 1,341.81 | | * County Tax | 391.83 | (2,145.59) |
| | | | | | Anticipated Transactions | 391.83 | (2,145.59) |
| Aug 2021 | | 4,701.96 | | | | | 2,556.37 |
| Sep 2021 | | 391.83 | | | | | 2,948.20 |
| | $4,701.96 | $12,491.31 | $4,701.91 | $5,060.18 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 4,701.91. Under Federal law, your lowest monthly balance should not have exceeded 783.65 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date: August 26, 2021
Borrower: BRIAN PERINA

Case 17-82896    Doc    Filed 09/01/21    Entered 09/01/21 14:12:10    Desc Main
Document    Page 5 of 8

Final
Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,948.20 | 421.70 |
| Oct 2021 | 421.68 | | | 3,369.88 | 843.38 |
| Nov 2021 | 421.68 | | | 3,791.56 | 1,265.06 |
| Dec 2021 | 421.68 | | | 4,213.24 | 1,686.74 |
| Jan 2022 | 421.68 | | | 4,634.92 | 2,108.42 |
| Feb 2022 | 421.68 | | | 5,056.60 | 2,530.10 |
| Mar 2022 | 421.68 | | | 5,478.28 | 2,951.78 |
| Apr 2022 | 421.68 | | | 5,899.96 | 3,373.46 |
| May 2022 | 421.68 | | | 6,321.64 | 3,795.14 |
| Jun 2022 | 421.68 | 1,419.59 | County Tax | 5,323.73 | 2,797.23 |
| Jun 2022 | | 2,221.00 | Homeowners Policy | 3,102.73 | 576.23 |
| Jul 2022 | 421.68 | | | 3,524.41 | 997.91 |
| Aug 2022 | 421.68 | | | 3,946.09 | 1,419.59 |
| Sep 2022 | 421.68 | 1,419.59 | County Tax | 2,948.18 | 421.68 |
| | $5,060.16 | $5,060.18 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 421.68. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 843.36 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,948.20. Your starting balance (escrow balance required) according to this analysis should be $421.70. This means you have a surplus of 2,526.50. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 5,060.18. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: August 26, 2021
Borrower: BRIAN PERINA

Case 17-82896    Doc    Filed 09/01/21    Entered 09/01/21 14:12:10    Desc Main
                       Document      Page 6 of 8

Final
Loan:

**New Escrow Payment Calculation**

| | |
|---|---:|
| Unadjusted Escrow Payment | 421.68 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $421.68 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-82896 |
| Brian K. Perina<br>Suzanne Marie Perina | Chapter 13 |
| Debtors. | Hon. Judge Thomas M. Lynch |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 1, 2021, before the hour of 5:00 p.m.

Nathan E. Curtis, Debtors' Counsel
ndil@geracilaw.com

Jason K. Nielson, Debtors' Counsel
ndil@geracilaw.com

Lydia Meyer, Trustee
ecf@lsm13trustee.com

Patrick S Layng, U.S. Trustee
ustpregion11.md.ecf@usdoj.gov

Brian K. Perina, Debtor
Suzanne Marie Perina, Debtor
1811 River Terrace Dr.
Unit
Johnsburg, IL 60051

Dated: September 1, 2021                    Respectfully Submitted,

                                                                 /s/ Molly Slutsky Simons
                                                           Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor