**Fill in this information to identify the case:**

Debtor 1: Brian K. Perina

Debtor 2: Suzanne Marie Perina
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 17-82896

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 7 3 3 9

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 11/17/2021, 12/17/2021, 1/17/2022, 2/17/2022, 3/17/2022, 4/17/2022 | (1) | $ 165.12 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | 1/4/2022 & 2/3/2022 Court Appearance | (4) | $ 500.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Brian K. Perina | | | Case number (if known) | 17-82896 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date  04 / 27 / 2022

Print: Molly Slutsky Simons
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number    Street
Loveland, OH 45140
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

INVOICE
*LAW OFFICES*
**MCCALLA RAYMER LEIBERT PIERCE**
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171

1/4/2022

**ATTENTION:**
Foreclosure Department
SN Servicing Corporation

Invoice Number ....:
Re .................: Suzanne Perina
Loan Number .....:
Our File Number ..: 20-05123IL
Property Address ..: 1811 West River Terrace Drive
                    Johnsburg, IL 60050
Investor ............:
Investor Loan No ...:
Loan Type ..........: CONV

**FOR LEGAL SERVICES RENDERED:**
Reason to Bill: Foreclosure
**FEES**
Required Court Appearance for Case Management Out of County - Recoverable ................................ 250.00

**Fee Subtotal:** 250.00

**Total Amount Due:** 250.00

County:
Referral Date: 3/2/2017

Sale Date: 1/7/2022
Team: ILFC
Legal Action Date: 3/4/2017

**INVOICE**
*LAW OFFICES*
**MCCALLA RAYMER LEIBERT PIERCE**
A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171
2/3/2022



**ATTENTION:**
Foreclosure Department
SN Servicing Corporation

Invoice Number ....
Re .................... : Suzanne Perina
Loan Number  ....
Our File Number ... : 20-05123IL
Property Address ... : 1811 West River Terrace Drive
                      Johnsburg, IL 60050
Investor ............ :
Investor Loan No ... :
Loan Type .......... : CONV

**FOR LEGAL SERVICES RENDERED:**
Reason to Bill: Foreclosure
**FEES**

| | |
|---|---:|
| Required Court Appearance for Case Management Out of County - Recoverable | 250.00 |
| **Fee Subtotal:** | **250.00** |

**Total Amount Due:** 250.00

County:
Referral Date: 3/2/2017

Sale Date: 2/6/2022
Team: ILFC
Legal Action Date: 3/4/2017

SN Servicing Corporation

## Loan History - General

| Loanid: | | Borrower: PERINA | | Telephone: | | | SSN: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Balance | Amount | Balance |
| 11/12/2021 | 11/12/2021 | 1/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 141442 | $942.15 | $148.32 | $120,452.80 | $0.00 | $402.00 | $.00 | $438.96 | $391.83 | $715.03 | $.00 | $590.48 | $.00 |
| 11/12/2021 | 11/12/2021 | 2/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 141442 | $7.85 | $.00 | $120,452.80 | $0.00 | $.00 | $7.85 | $446.81 | $.00 | $715.03 | $.00 | $590.48 | $.00 |
| 11/15/2021 | 11/15/2021 | 2/1/2021 | Unapplied Payment Reversal | 45-vs | 0 | 141648 | ($7.85) | $.00 | $120,452.80 | $0.00 | $.00 | ($7.85) | $438.96 | $.00 | $715.03 | $.00 | $590.48 | $.00 |
| 11/15/2021 | 11/15/2021 | 2/1/2021 | Escrow Only Payment | 45-vs | 0 | 141648 | $7.85 | $.00 | $120,452.80 | $0.00 | $.00 | $.00 | $438.96 | $7.85 | $722.88 | $.00 | $590.48 | $.00 |
| 11/17/2021 | 11/17/2021 | 11/1/2021 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $120,452.80 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $722.88 | ($27.52) | $618.00 | $.00 |
| 11/19/2021 | 11/29/2021 | 2/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 143218 | $548.70 | $.00 | $120,452.80 | $0.00 | $.00 | $.00 | $987.66 | $.00 | $722.88 | $.00 | $618.00 | $.00 |
| 11/30/2021 | 11/30/2021 | 2/1/2021 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 143307 | ($942.15) | $.00 | $120,452.80 | $0.00 | $.00 | $.00 | $45.51 | $.00 | $722.88 | $.00 | $618.00 | $.00 |
| 11/30/2021 | 11/30/2021 | 2/1/2021 | Regular Payment | 45-BC | 0 | 143307 | $942.15 | $148.81 | $120,303.99 | $0.00 | $401.51 | $.00 | $45.51 | $391.83 | $1,114.71 | $.00 | $618.00 | $.00 |
| 11/30/2021 | 11/30/2021 | 3/1/2021 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 143397 | ($45.51) | $.00 | $120,303.99 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,114.71 | $.00 | $618.00 | $.00 |
| 11/30/2021 | 11/30/2021 | 3/1/2021 | Escrow Only Payment | 45-BC | 0 | 143397 | $45.51 | $.00 | $120,303.99 | $0.00 | $.00 | $.00 | $.00 | $45.51 | $1,160.22 | $.00 | $618.00 | $.00 |
| 12/2/2021 | 12/2/2021 | 3/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 143842 | $942.15 | $149.31 | $120,154.68 | $0.00 | $401.01 | $.00 | $.00 | $391.83 | $1,552.05 | $.00 | $618.00 | $.00 |
| 12/2/2021 | 12/2/2021 | 4/1/2021 | Late Charge Payment | ACH Pmt (3000-5555551) | 0 | 143842 | $7.85 | $.00 | $120,154.68 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,552.05 | $7.85 | $610.15 | $.00 |
| 12/17/2021 | 12/17/2021 | 12/1/2021 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $120,154.68 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,552.05 | ($27.52) | $637.67 | $.00 |
| 12/17/2021 | 12/29/2021 | 4/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 147322 | $438.96 | $.00 | $120,154.68 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $1,552.05 | $.00 | $637.67 | $.00 |
| 12/30/2021 | 12/30/2021 | 4/1/2021 | Late Charge Waiver | | 0 | 0 | $197.35 | $.00 | $120,154.68 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $1,552.05 | $197.35 | $440.32 | $.00 |
| 1/5/2022 | 1/6/2022 | 4/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 148303 | $942.15 | $149.80 | $120,004.88 | $0.00 | $400.52 | $.00 | $438.96 | $391.83 | $1,943.88 | $.00 | $440.32 | $.00 |

*Contains Customer Private Information - handle securely.*

**Loan History - General**

| Date 1 | Date 2 | Date 3 | Description | Code | Col 1 | Col 2 | Amount 1 | Amount 2 | Amount 3 | Col 3 | Amount 4 | Col 4 | Amount 5 | Col 5 | Amount 6 | Col 6 | Amount 7 | Col 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/2022 | 1/6/2022 | 5/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 148303 | $7.85 | $.00 | $120,004.88 | $0.00 | $.00 | $7.85 | $446.81 | $.00 | $1,943.88 | $.00 | $440.32 | $.00 |
| 1/6/2022 | 1/6/2022 | 5/1/2021 | Unapplied Payment Reversal | 45-BC | 0 | 148281 | ($7.85) | $.00 | $120,004.88 | $0.00 | $.00 | ($7.85) | $438.96 | $.00 | $1,943.88 | $.00 | $440.32 | $.00 |
| 1/6/2022 | 1/6/2022 | 5/1/2021 | Escrow Only Payment | 45-BC | 0 | 148281 | $7.85 | $.00 | $120,004.88 | $0.00 | $.00 | $.00 | $438.96 | $7.85 | $1,951.73 | $.00 | $440.32 | $.00 |
| 1/17/2022 | 1/18/2022 | 1/1/2022 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $120,004.88 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $1,951.73 | ($27.52) | $467.84 | $.00 |
| 1/21/2022 | 1/21/2022 | 5/1/2021 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $120,004.88 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $1,951.73 | $.00 | $467.84 | $.00 |
| 1/21/2022 | 2/1/2022 | 5/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 151747 | $548.70 | $.00 | $120,004.88 | $0.00 | $.00 | $.00 | $987.66 | $.00 | $1,951.73 | $.00 | $467.84 | $.00 |
| 2/1/2022 | 2/1/2022 | 5/1/2021 | Prepetition Unapplied Payment Reversal | 45-vs | 0 | 151865 | ($942.15) | $.00 | $120,004.88 | $0.00 | $.00 | $.00 | $45.51 | $.00 | $1,951.73 | $.00 | $467.84 | $.00 |
| 2/1/2022 | 2/1/2022 | 5/1/2021 | Regular Payment | 45-vs | 0 | 151865 | $942.15 | $150.30 | $119,854.58 | $0.00 | $400.02 | $.00 | $45.51 | $391.83 | $2,343.56 | $.00 | $467.84 | $.00 |
| 2/7/2022 | 2/7/2022 | 6/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 152774 | $942.15 | $150.80 | $119,703.78 | $0.00 | $399.52 | $.00 | $45.51 | $391.83 | $2,735.39 | $.00 | $467.84 | $.00 |
| 2/7/2022 | 2/7/2022 | 7/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 152774 | $7.85 | $.00 | $119,703.78 | $0.00 | $.00 | $7.85 | $53.36 | $.00 | $2,735.39 | $.00 | $467.84 | $.00 |
| 2/7/2022 | 2/7/2022 | 7/1/2021 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $53.36 | $.00 | $2,735.39 | $.00 | $467.84 | $.00 |
| 2/8/2022 | 2/8/2022 | 7/1/2021 | Unapplied Payment Reversal | 45-vs | 0 | 152834 | ($7.85) | $.00 | $119,703.78 | $0.00 | $.00 | ($7.85) | $45.51 | $.00 | $2,735.39 | $.00 | $467.84 | $.00 |
| 2/8/2022 | 2/8/2022 | 7/1/2021 | Escrow Only Payment | 45-vs | 0 | 152834 | $7.85 | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $45.51 | $7.85 | $2,743.24 | $.00 | $467.84 | $.00 |
| 2/8/2022 | 2/8/2022 | 7/1/2021 | Prepetition Unapplied Payment Reversal | 45-vs | 0 | 152834 | ($45.51) | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,743.24 | $.00 | $467.84 | $.00 |
| 2/8/2022 | 2/8/2022 | 7/1/2021 | Escrow Only Payment | 45-vs | 0 | 152834 | $45.51 | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $.00 | $45.51 | $2,788.75 | $.00 | $467.84 | $.00 |
| 2/17/2022 | 2/17/2022 | 2/1/2022 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,788.75 | ($27.52) | $495.36 | $.00 |
| 2/18/2022 | 3/3/2022 | 7/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 156088 | $438.96 | $.00 | $119,703.78 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $2,788.75 | $.00 | $495.36 | $.00 |
| 3/10/2022 | 3/11/2022 | 7/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 157340 | $942.15 | $151.31 | $119,552.47 | $0.00 | $399.01 | $.00 | $438.96 | $391.83 | $3,180.58 | $.00 | $495.36 | $.00 |

*Contains Customer Private Information - handle securely.*

SN Servicing Corporation

**Loan History - General**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/10/2022 | 3/11/2022 | 8/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 157340 | $7.85 | $.00 | $119,552.47 | $0.00 | $.00 | $7.85 | $446.81 | $.00 | $3,180.58 | $.00 | $495.36 | $.00 |
| 3/14/2022 | 3/14/2022 | 8/1/2021 | Unapplied Payment Reversal | 45-vs | 0 | 157625 | ($7.85) | $.00 | $119,552.47 | $0.00 | $.00 | ($7.85) | $438.96 | $.00 | $3,180.58 | $.00 | $495.36 | $.00 |
| 3/14/2022 | 3/14/2022 | 8/1/2021 | Escrow Only Payment | 45-vs | 0 | 157625 | $7.85 | $.00 | $119,552.47 | $0.00 | $.00 | $.00 | $438.96 | $7.85 | $3,188.43 | $.00 | $495.36 | $.00 |
| 3/17/2022 | 3/17/2022 | 3/1/2022 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $119,552.47 | $0.00 | $.00 | $.00 | $438.96 | $.00 | $3,188.43 | ($27.52) | $522.88 | $.00 |
| 3/18/2022 | 4/1/2022 | 8/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 160187 | $438.96 | $.00 | $119,552.47 | $0.00 | $.00 | $.00 | $877.92 | $.00 | $3,188.43 | $.00 | $522.88 | $.00 |
| 4/6/2022 | 4/7/2022 | 8/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 161166 | $942.15 | $151.81 | $119,400.66 | $0.00 | $398.51 | $.00 | $877.92 | $391.83 | $3,580.26 | $.00 | $522.88 | $.00 |
| 4/6/2022 | 4/7/2022 | 9/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 161166 | $7.85 | $.00 | $119,400.66 | $0.00 | $.00 | $7.85 | $885.77 | $.00 | $3,580.26 | $.00 | $522.88 | $.00 |
| 4/17/2022 | 4/19/2022 | 4/1/2022 | Late Charge Assessment | | 0 | 0 | ($27.52) | $.00 | $119,400.66 | $0.00 | $.00 | $.00 | $885.77 | $.00 | $3,580.26 | ($27.52) | $550.40 | $.00 |
| | | | | Totals: | | | ($4,817.48) | $129,718.90 | | | $14,652.40 | $7.85 | | $3,580.26 | | ($550.40) | | $.00 |

*Contains Customer Private Information - handle securely.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-82896 |
| Brian K. Perina<br>Suzanne Marie Perina | Chapter 13 |
| Debtors. | Hon. Judge Thomas M. Lynch |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 27, 2022, before the hour of 5:00 p.m.

Nathan E. Curtis, Debtors' Counsel
ndil@geracilaw.com

Jason K. Nielson, Debtors' Counsel
ndil@geracilaw.com

Lydia Meyer, Trustee
ecf@lsm13trustee.com

Patrick S Layng, U.S. Trustee
ustpregion11.md.ecf@usdoj.gov

Brian K. Perina, Debtor
Suzanne Marie Perina, Debtor
1811 River Terrace Dr.
Johnsburg, IL 60051

Dated: April 27, 2022

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor